

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00105-CR

_____

DARIN KEITH MARTIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 21st Judicial District Court
Burleson County, Texas
Trial Court No. 13,369

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Darin Keith Martin appeals his convictions for forgery, fraudulent use of identifying information, and forgery of a governmental record. Three separate appeals arising from these convictions are presently pending before this Court. This appeal concerns Martin's conviction for fraudulent use of identifying information.[1]

Martin raises identical issues and makes identical arguments in all three of the appeals. Martin's sole issue on appeal is that the trial court erred in denying his motion to suppress the evidence.

Because the issues raised in each appeal are identical, for the reasons stated in our opinion dated this day in *Martin v. State*, No. 06-07-00104-CR, we affirm the judgment of the trial court.


Josh R. Morriss, III
Chief Justice

Date Submitted:    February 19, 2008
Date Decided:      March 27, 2008

Do Not Publish

---

[1]Martin's forgery conviction was appealed in cause number 06-07-00104-CR, and his conviction for forgery of a governmental record was appealed in cause number 06-07-00106-CR.